UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| FT/R, LLC | § | CASE NO. 19-80176 |
| | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Texas Gulf Bank, N.A. creditor in the above-styled case, pursuant to Bankruptcy Rule 9010(b), hereby requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case, and in any cases consolidated herewith, be given to and served upon the following:

Michael J. Durrschmidt
Victoria N. Argeroplos
Hirsch & Westheimer, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002
Telephone: 713-220-9165
Facsimile: 713-223-9319
E-mail: mdurrschmidt@hirschwest.com
E-mail: vargeroplos@hirschwest.com

This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 3017, and 9007 of the Bankruptcy Rules of Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which affect or seek to affect the captioned proceeding.

Respectfully submitted this 4th day of June, 2019.

            HIRSCH & WESTHEIMER, P.C.

            By: /s/ Michael J. Durrschmidt
              Michael J. Durrschmidt
              Texas Bar No. 06287650
              Victoria N. Argeroplos
              Texas Bar No. 24105799
              1415 Louisiana, Floor 36
              Houston, Texas 77002
              Telephone: 713-220-9165
              Facsimile: 713-223-9319
              E-mail: mdurrschmidt@hirschwest.com
              E-mail: vargeroplos@hirschwest.com

            **ATTORNEYS FOR TEXAS GULF BANK, N.A.**

## **CERTIFICATE OF SERVICE**

   I, Michael J. Durrschmidt, hereby certify that on the 4th day of May, 2019, a copy of the foregoing Notice of Appearance of Counsel was served via first class mail, postage prepaid, and/or via the Clerk of the Court through the ECF system.

            /s/ Michael J. Durrschmidt
            Michael J. Durrschmidt